**No. 11-444. Frank Blankenship, Petitioner v. Metropolitan Life Insurance Company.**

565 U.S. 1093, 132 S. Ct. 849, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8929.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 644 F.3d 1350.